1

2                   UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
3

4   Marsha Byrd,                        Case No. 2:23-cv-01135-CDS-MDC

5                  Plaintiff            **Order Adopting Magistrate Judge's
                                        Report and Recommendation
6        v.                             and Closing Case**

7   Amanda Laub,
                                        [ECF No. 5]
8                  Defendant

9

10       Plaintiff Marsha Byrd, an inmate in the custody of Florence McClure Women's

11  Correctional Center, filed the instant civil-rights complaint under 42 U.S.C. § 1983, but failed to

12  file an application to proceed *in forma pauperis* (IFP) or pay the filing fee required to bring a civil

13  action. *See* Compl., ECF No. 1-1. On March 11, 2024, Magistrate Judge Maximiliano D. Couvillier,

14  III issued an order giving Byrd until April 10, 2024 to either pay the filing fee or submit an IFP

15  application. Order, ECF No. 4. The order warned Byrd that a recommendation to dismiss the case

16  would follow if she failed to timely comply with the court's order. *Id.* at 2. Because the deadline

17  had expired and Byrd had not complied with his order, Judge Couvillier issued a report and

18  recommendation (R&R) that this action be dismissed. R&R, ECF No. 5.

19       Byrd had until May 3, 2024 to file any objections to the R&R. LR IB 3-2(a) (stating that

20  parties wishing to object to an R&R must file objections within fourteen days); *see also* 28 U.S.C. §

21  636(b)(1). As of the date of this order, no objections have been filed and the deadline to do so has

22  passed. The Ninth Circuit has recognized that a district court is not required to review a

23  magistrate judge's R&R where no objections have been filed. *United States v. Reyna-Tapia*, 328 F.3d

24  1114, 1121 (9th Cir. 2003). I nonetheless reviewed Judge Couvillier's previous order, the R&R, and

25  the docket in this matter, and find that dismissal is warranted for Byrd's failure to comply with

26  Judge Couvillier's March 11, 2024 order.

## Conclusion

IT IS THEREFORE ORDERED that the report and recommendation **[ECF No. 5] is ADOPTED**. This case is dismissed without prejudice for failure to comply with the court's order.

The Clerk of Court is kindly directed to close this case.

Dated: May 22, 2024

_____
Cristina D. Silva
United States District Judge

2